# SEALED

**U.S. Department of Justice**
United States Attorney

FILED

2017 OCT 18  PM 12: 40

WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

## United States District Court
## Western District of Texas

XR

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| FRANCISCO ENRIQUEZ (1) | ) |

SA17CR 814

### ORDER FOR BENCH WARRANT

It appearing to the Court than an Indictment has been returned against the below named defendant, it is hereby ORDERED that warrant issue for the arrest of said defendant, returnable instanter to the San Antonio Division of this Court.

### Defendant

FRANCISCO ENRIQUEZ

ENTERED at San Antonio, Texas, this _18th_ day of _October_____, 2017.

_____
UNITED STATES MAGISTRATE/~~DISTRICT~~ JUDGE

If the Defendant is arrested outside the Western District of Texas, the United States Attorney for the Western District of Texas recommends that Defendant **FRANCISCO ENRIQUEZ** be detained without bond.

BENCHWAR.FRM