UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | CRIMINAL NO: |
| vs. | § § | SA:17-CR-00814(1,2,3,4,5,6,7)-XR |
| (1) FRANCISCO ENRIQUEZ<br>(2) SHANE MCDOUGAL<br>(3) JASON VILLA<br>(4) JOSE VILLANUEVA<br>(5) ALFREDO ESPARZA SR.<br>(6) ALFREDO ESPARZA JR.<br>(7) ROBERT NELLE | § § § § § § § | |

## ORDER RESETTING DOCKET CALL/REARRAIGNMENT AND PLEA

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **DOCKET CALL/REARRAIGNMENT AND PLEA** in Courtroom 3, on the First Floor of the John H. Wood, Jr. United States Courthouse, 655 East Cesar E. Chavez Boulevard, San Antonio, TX, on **Tuesday, March 05, 2019 at 01:30 PM**.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

IT IS SO ORDERED this 25th day of January, 2019.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE