**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS** | § | **NO. 5:17-CR-00814-XR-1** |
| | § | |
| **FRANCISCO ENRIQUEZ** | § | |

**DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE, WESTERN DISTRICT OF TEXAS, SAN ANTONIO DIVISION:

Now comes FRANCISCO ENRIQUEZ, Defendant in the above-entitled and numbered cause, by and through the undersigned Counsel, and files this unopposed motion for continuance, and in support of such motion, shows the following:

I.

This cause is presently set for Docket Call on September 5, 2019 and Trial on September 30, 2019.

II.

The parties have been conferring and are in ongoing negotiations towards a proposed plea.

III.

The undersigned is respectfully requesting a continuance of thirty (30) days to continue conferring with government counsel on this case.

IV.

Assistant United States Attorney Sam Ponder does not oppose counsel's request for a continuance.

V.

Counsel assures the Court this motion is not made for the purpose of delay but rather in the interest of justice.

**WHEREFORE, PREMISES CONSIDERED**, the defendant prays the Court continue this cause for at least thirty (30) days.

Respectfully submitted,

LAW OFFICES OF ALAN BROWN
222 MAIN PLAZA
SAN ANTONIO, TEXAS 78205
(210) 227-5103 (O)
(210) 225-2481 (FAX)
state@lawofficesofalanbrown.com

_____/S/_____.
ALAN BROWN
BAR NO. 0309000

ATTORNEY FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of August 2019, I electronically filed the foregoing with the Clerk of Court using the CE/ECF system which will send notification of such filing to the following:

U.S. Attorney's Office
601 NW Loop 410, Suite 600
San Antonio, Texas 78216

                                                         _____/S/_____.
                                                         ALAN BROWN

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| **VS** | § § | **NO. 5:17-CR-00814-XR-1** |
| **FRANCISCO ENRIQUEZ** | § § | |

**O R D E R**

On this the _____ day of _____, 2019, came on to be considered Defendant's Unopposed Motion for Continuance, and it appears to the Court that this Motion should be

                        GRANTED      DENIED

IT IS HEREBY FURTHER ORDERED: _____

_____

_____

SIGNED and ENTERED on this the _____ day of _____, 2019.

                                                            _____
                                                             U.S. DISTRICT JUDGE