**FILED**

MAR 0 8 2022

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § § § | |
| v. | § | SA-17-CR-814-XR(1) |
| FRANCISCO ENRIQUEZ, | § § § | |
| Defendant. | § | |

**ORDER**

Before the Court is the Motion to Withdraw as Attorney filed by defense counsel in this case. (Docket Entry 354.) The matter was referred to the undersigned for consideration pursuant to 28 U.S.C. § 636(b). Having reviewed the matters presented by counsel, the motion (Docket Entry 354) is **GRANTED**.

Although current counsel was retained, Defendant previously qualified for appointed counsel under the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A (*see* Docket Entry 45); accordingly, CJA counsel will be appointed to represent Defendant in this matter. The Court notes, however, that should it later be found that funds are available for payment from or on behalf of Defendant for his legal representation, the Court may direct that such funds be paid to the Court for deposit in the Treasury as a reimbursement. *See* 18 U.S.C. § 3006A(f).

It is so **ORDERED**.

**SIGNED** on March 8, 2022.

Henry J. Bemporad
United States Magistrate Judge